Gregory M. Fox, State Bar No. 070876
Nancy A. Huneke, State Bar No. 114973
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
Telephone:    415.353.0999
Facsimile:    415.353.0990

Carol A. Korade – State Bar No. 082133
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:    510.747.4750
Facsimile:    510.747.4767

Attorneys for Defendants CITY OF ALAMEDA and
ALAMEDA OFFICERS RONALD JONES, JON WESTMORELAND
AND ANTHONY MUNOZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO-QI GONG and JEFFREY PETERS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF ALAMEDA, RONALD JONES, JON WESTMORELAND AND ANTHONY MUNOZ, et al.,<br><br>        Defendants | FILE: No.  C-03-5495 TEH<br><br>**STIPULATION and [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE DATE TO NOVEMBER 14, 2005 1:30PM** *(FROM SEPTEMBER 26, 2005)* |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the Case Management Conference date of September 26, 2005, 1:30pm be continued from September 26, 2005 to **November 14, 2005, 1:30 pm**.  Good cause exists for this continuance based on the difficult scheduling plaintiff Jeffrey Peters deposition due to Mr. Peters on-going military service with the California Army National Guard and also because defense counsel Gregory Fox has been ordered by the Hon. Barbara Zuniga of the Contra Costa County Superior Court to appear on Monday September 26, 2005 at 9:00 a.m. in the case of

Axtell v. James Odonkor et. al.,  Contra Costa County Superior Court No. C02-03217, to start trial on that date before Judge Zuniga.   The parties have agreed on a November 4, 2005 deposition date for Mr. Peters and the requested case management conference date is mutually convenient for the parties.

So stipulated.

Dated: _____          _____/S/_____
                                David J. Beauvais, Counsel for Plaintiffs

Dated: _____          _____/S/_____
                                Gregory M. Fox,
                                Counsel for Defendant, CITY OF ALAMEDA

PURSUANT TO STIPULATION,

IT IS SO ORDERED that the case management conference be continued from September 26 2005 to November 14, 2005 at 1:30 p.m.   A joint case management conference statement to be filed one week prior to the new case management conference date.

Dated: _____Sept. 20_____, 2005          _____
                                         THELTON E. HENDERSON
                                         Judge of the United States
                                         District Court

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document*

                                         By:___/s/_____
                                            Gregory M. Fox

_____
Stip and Proposed Order re Case Management Conference Date/CASE NO.  C-03-5495 TEH

2