UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAO-QI GONG, et al.,

       Plaintiffs,

  v.

CITY OF ALAMEDA, et al.,

       Defendants.
_____/

No. C 03-05495 TEH (EDL)

NOTICE AND ORDER SETTING
FURTHER SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a further settlement conference is scheduled for **February 1, 2007**, at 9:00 a.m., Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Lead counsel who will try the case shall appear at the Settlement Conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

**On or before January 25, 2007, the parties shall deliver directly to the magistrate judge an Updated Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties.**

All other provisions of this Court's original Notice and Settlement Conference Order shall remain in effect.

The parties shall notify Magistrate Judge Laporte's Courtroom Deputy **immediately** at (415) 522-3694 if this case settles prior to the date set for further settlement conference.

Dated: January 17, 2007

                                                      *Elizabeth D. Laporte*
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge