Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building - 2749 Hyde Street
San Francisco, California   94109
Telephone:   415.353.0999
Facsimile:    415.353.0990

Carol A. Korade – State Bar No. 082133
Office of the City Attorney
2263 Santa Clara Avenue, Room 280
Alameda, California 94501-4477
Telephone:   510.747.4750
Facsimile:    510.747.4767

Attorneys for Defendants CITY OF ALAMEDA and
ALAMEDA OFFICERS RONALD JONES, JON WESTMORELAND
AND ANTHONY MUNOZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO-QI GONG and JEFFREY PETERS,<br><br>     Plaintiff,<br><br>  vs.<br><br>CITY OF ALAMEDA, RONALD JONES, JON WESTMORELAND AND ANTHONY MUNOZ, et al.,<br><br>     Defendants | **FILE: No.  C-03-5495 TEH**<br><br>**STIPULATION and [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANTS' OPPOSITION TO PLAINTIFF GONG'S MOTION TO RECONSIDER ORDER RE: SUMMARY JUDGMENT**<br><br>Date:   7/9/07<br>Time:   10:00 a.m.<br>Courtrm:  12 19th Floor |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that defendants' due date for filing their opposition to plaintiff Gong's motion for reconsideration of summary judgment order, currently set for June 18, 2007, be continued to **June 26, 2007**. Plaintiff's reply shall be due one week before the hearing date, on **July 2, 2007**. The hearing date of **July 9, 2007** shall remain unchanged. Good cause exists for this continuance based on defense counsel Gregory Fox's need for additional time to complete

the opposition due to the recent and unexpected death of a close friend, and a long scheduled vacation.

So stipulated.

Dated: June 15, 2007                             /s/
                                        David J. Beauvais, Counsel for Plaintiffs

Dated: June 15, 2007                             /s/
                                         Gregory M. Fox,
                                         Arlene C. Helfrich
                                         Counsel for Defendant, CITY OF ALAMEDA

## ORDER

PURSUANT TO STIPULATION,

IT IS SO ORDERED that defendants' due date for filing their opposition to plaintiff Gong's motion for reconsideration of summary judgment order, currently set for June 18, 2007, be continued to **June 26, 2007**. Plaintiff's reply is due **July 2, 2007**. The hearing date of **July 9, 2007** shall remain unchanged.

Dated:  06/15/07                         _____
                                         THELTON E. HENDERSON
                                         United States District Court

*I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this E-filed document.*

*Dated: June 15, 2007*

                              By:          /s/
                                      Arlene C. Helfrich