IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAO-QI GONG, and JEFFERY PETERS,

Plaintiffs,

v.

CITY OF ALAMEDA, et al.,

Defendants.

No. C 03-05495 TEH

**ORDER REQUIRING PLAINTIFFS TO APPEAR AT HEARING**

Plaintiffs' counsel, David Beauvais, has moved to withdraw. Plaintiffs have filed no opposition to the motion. Plaintiffs are hereby ordered to appear at the hearing on the motion on January 7, 2008, at 10:00 a.m., in Courtroom 12, 450 Golden Gate Avenue, San Francisco, California, to indicate whether they oppose the motion. Failure to appear will be construed as lack of opposition to the motion.

Plaintiffs' counsel shall serve a copy of this Order on Plaintiffs in a manner calculated to reach their residence by January 5, 2008.

**IT IS SO ORDERED.**

Dated: January 2, 2007

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE