IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAO-QI GONG,                                              No. C 03-05495 TEH

    Plaintiff,

v.                                                        **ORDER**

CITY OF ALAMEDA, et al.,

    Defendants.

Trial in this matter is set for August 1, 2008. Pretrial deadlines were set at the case management conference held March 31, 2008 and are firm; the parties are expected to meet these deadlines, and no extensions will be granted. They are:

| Date | Event |
|---|---|
| June 30, 2008 | Motions in Limine Due |
| July 7, 2008 | Oppositions to Motions in Limine Due |
| July 11, 2008 | Pretrial Conference Statement, Jury Instructions, Special Verdict Forms, and Voir Dire Questions Due |
| July 21, 2008 | Pretrial Conference 3:00 p.m. |
| July 22, 2008 | Objections to Jury Instructions and Special Verdict Forms Due |
| August 1, 2008 | Trial Begins |

The record indicates that Plaintiff was proceeding in *propria persona* when the above schedule was determined and that this was taken into account when the dates were set. The trial will proceed as scheduled whether or not Plaintiff has retained counsel.

**IT IS SO ORDERED.**

Dated: June 24, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE