**United States District Court**
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   HAO-QI GONG,                              No. C 03-05495 TEH
8          Plaintiff,
9      v.                                     **AMENDED ORDER RE: PRETRIAL DATES**
10  CITY OF ALAMEDA, et al.,
11         Defendants.
12  _____/
13         Due to clerical error, the Court mistakenly noted that trial in this matter is set for
14  August 1, 2008. It is set for August 7, 2008. The pretrial deadlines set at the case
15  management conference held March 31, 2008 are therefore as follows: They are:
16
17         July 11, 2008       Pretrial Conference Statement, Jury Instructions, Special Verdict Forms, and Voir Dire Questions Due
18
19         July 17, 2008       Motions in Limine Due
           July 21, 2008       Pretrial Conference 3:00 p.m.
20
           July 24, 2008       Oppositions to Motions in Limine Due
21
           July 31, 2008       Objections to Jury Instructions and Special Verdict Forms Due; Exhibits Lodged
22
23         August 7, 2008      Trial Begins
24  Again, these deadlines are firm; the parties are expected to meet these deadlines, and no
25  extensions will be granted. The record indicates that Plaintiff was proceeding in *propria*
26  *persona* when the above schedule was determined and that this was taken into account
27  //
28

when the dates were set.  The trial will proceed as scheduled whether or not Plaintiff has retained counsel.

**IT IS SO ORDERED.**

Dated: June 24, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2