IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO-QI GONG, and JEFFERY PETERS, | No. C 03-05495 TEH |
| Plaintiffs, | |
| v. | **ORDER** |
| CITY OF ALAMEDA, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiff's July 1, 2008 letter seeking a continuance of the trial date and related deadlines. The parties are hereby ORDERED to appear at a Case Management Conference on Monday, July 7, 2008 at 1:30 p.m. The attorney that Plaintiff claims she is close to retaining shall attend the conference. Plaintiff should be prepared to discuss, under oath and in detail, what steps she has taken to retain an attorney and what steps she has taken to prepare for trial.

Failure to appear at the Case Management Conference will result in immediate denial of the request for a continuance.

**IT IS SO ORDERED.**

Dated: July 2, 2008

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE