IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAO-QI GONG, | No. C 03-05495 TEH |
|     Plaintiff, | |
| v. | **ORDER** |
| CITY OF ALAMEDA, et al., | |
|     Defendants. | |

Plaintiff Hao-Qi Gong requested a continuance of the trial in this matter by letters dated July 1 and 2, 2008. On July 3, 2008, the Court set a Case Management Conference for 1:30 p.m. on July 7, 2008 to consider Plaintiff's request.

Today, July 7, 2008, the Court received a communication from Plaintiff Hao-Qi Gong's spouse, Jeffery Peters, who stated that he took Ms. Gong to the hospital last night. He did not say that she had been admitted to the hospital or was too ill to attend the conference. He faxed medical documentation to the Court, filed under seal as Exhibit A hereto, which – at best – shows only that Ms. Gong visited the emergency department at 1:30 a.m. on July 7, 2008. It does not show that Ms. Gong was admitted to the hospital or that she is unable to come to court this afternoon.

The Case Management Conference to consider Ms. Gong's request is continued one week, to 1:30 p.m. on July 14, 2008. **No other deadlines are continued; all pretrial dates remain the same.** If Ms. Gong is unable to appear at the continued Case Management Conference for medical reasons, Mr. Peters, or Ms. Gong's attorney, if she has retained one, is to appear with medical documentation clearly showing her inability to appear, and should be prepared to testify, under oath, that Ms. Gong is

//

1  medically unable to come to court.

3  **IT IS SO ORDERED.**

5  Dated: July 7, 2008

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

2